UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARL FREDRICK STEPHENS and**
**CARL FREDRICK STEPHENS,**

   **Plaintiffs,**

v.                    Case No: 6:17-cv-530-Orl-41KRS

**CLAYTON SIMMONS and PHIL**
**ARCHER,**

   **Defendants.**
               /

**ORDER**

  THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), seeking to proceed *in forma pauperis*. United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 3), in which she recommends that Plaintiff's motion be denied and this case be dismissed.

  After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion (Doc. 2), seeking to proceed *in forma pauperis*, is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party